**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON GARCIA, on behalf of himself and other similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-01565 |
| v. | ) ) | Judge Andrea R. Wood |
| ESTEBAN ESTEPA d/b/a STEVENS PAINTING | ) ) ) | Magistrate Judge Jeffrey Cummings |
| Defendant. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jason Garcia respectfully requests this Court to enter an order granting voluntary dismissal of this matter against Defendant Esteban Estepa d/b/a Stevens Painting without prejudice and without the assessment of costs and/or attorneys' fees against any party.

Respectfully submitted,

Dated: April 17, 2019

s/Javier Castro
Javier Castro
Lydia Colunga-Merchant
Raise the Floor Alliance – Legal Department
1 N. LaSalle Street, Suite 1275
Chicago, IL 60602

One of Plaintiff's Attorneys